# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:98-cr-278-T-24TGW

GREG BONAPARTE
_____/

## O R D E R

**THIS CAUSE** comes before this Court on Defendant's Motion for reduction in sentence (Dkt. 157) under 18 U.S.C. § 3582(c)(2) based on USSG Amendment 782, a retroactive guideline amendment. S*ee* USSG § 1B1.10(d) (2014). The Federal Public Defender's Office has filed a Notice advising the Court that Defendant is not eligible for a sentence reduction under Amendment 782 because Defendant was sentenced under the career offender guideline and not the drug quantity table found in USSG § 2D1.1(c). (Dkt. 162). The United States Probation Office's memorandum states that Defendant is not entitled to relief under Amendment 782 because he was sentenced as a career offender. (Dkt. 159).

The Court, having reviewed Defendant's motion, Probation's Amendment 782 Memorandum, the Federal Public Defender's Notice, and the court file, concludes that the motion should be denied. Defendant Bonaparte is not entitled to a sentence reduction as a result of Amendment 782 because he was sentenced as a career offender.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** that Defendant's motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, on the 11th day of May, 2017.

SUSAN C. BUCKLEW
United States District Judge

**COPIES FURNISHED TO**:
*Pro se* Defendant